# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 cv 1909　　　　　　　　　　　　　　　　　　　　Purchased/Filed: February 26, 2008

STATE OF NEW YORK　　　UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT

---

*The New York City District of Carpenters Pension Fund, et al*　　　Plaintiff

against

*Executive Furniture Services, Inc.*　　　Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY　　SS.:

__Jessica Miller__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __March 3, 2008__, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint with Exhibits and Judges Rules

on __Executive Furniture Services, Inc.__, the Defendant in this action, by delivering to and leaving with __Carol Vogt__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:　Approx. Age: __43__　Approx. Wt: __118__　Approx. Ht: __5'__  
Color of skin: __White__　Hair color: __Brown__　Sex: __F__　Other: _____

Sworn to before me on this

__4th__ day of __March, 2008__

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0802115

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**