UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY                               08 CV 1909 (VM)
DISTRICT COUNCIL OF CARPENTERS                             ECF CASE
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,                      **DEFAULT JUDGMENT**
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES, and MICHAEL J.
FORDE, as EXECUTIVE SECRETARY-TREASURER,
DISTRICT COUNCIL FOR NEW YORK CITY AND
VICINITY, UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-08

                                        Plaintiffs,

           -against-

EXECUTIVE FURNITURE SERVICES, INC.,

                                        Defendant.
------------------------------------------------------------------------X

   This action having been commenced on February 26, 2008 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant Executive

Furniture Services, Inc. on March 3, 2008 by delivering two (2) true copies of the same to the

Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation

Law, and a proof of service having been filed on March 12, 2008 and the defendant not having

answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of

the Court having issued its certificate of default on April 7, 2008, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,375.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,610.00 for a total of $3,985.00 and that Executive Furniture Services, Inc. and its officers are ordered to produce any and all books and records relating to Executive Furniture Services, Inc. for the period of July 1, 2006 through September 19, 2007.

Dated: 8 April 2008
New York, New York

                                          Honorable Victor Marrero
                                          United States District Judge

                                          This document was entered on the docket on _____.